United States District Court
Southern District of Texas
**ENTERED**

February 10, 2016

David J. Bradley, Clerk

ly**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CRIMINAL NO. **B-15-779** |
| **Roxana Elizabeth Galvan** | § | |

# O R D E R

BE IT REMEMBERED on this 10th day of February, 2016, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed **October 06, 2015,** wherein the defendant **Roxana Elizabeth Galvan** waived appearance before this Court and appeared before the United States Magistrate Judge **Ignacio Torteya, III** for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution.  The magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant **Roxana Elizabeth Galvan**  to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and is hereby adopted.  The Court finds the Defendant **Roxana Elizabeth Galvan guilty of the offense of knowing or in reckless disregard of the fact that  Mario Arturo Maldonado-Zarate was an alien who had come to, entered, and remained in the United States, in violation of law, did conceal, harbor and shield from detection such alien in buildings and other places in violation of Title 8 United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(A)(v)(II), as charged in Count Two of the Indictment.**

SIGNED this the 10th day of February.

_____
Rolando Olvera
United States District Judge